

## Fourth Court of Appeals
### San Antonio, Texas

### MEMORANDUM OPINION

No. 04-24-00560-CV

**IN RE AEP TEXAS INC.**

Original Proceeding[1]

PER CURIAM

Sitting:      Irene Rios, Justice
                Lori I. Valenzuela, Justice
                Adrian A. Spears II, Justice

Delivered and Filed: June 4, 2025

PETITION FOR WRIT OF MANDAMUS DENIED

On August 20, 2024, relator filed a petition for a writ of mandamus. Real party in interest filed a response on September 16, 2024, and relator filed a reply on September 19, 2024. After considering the mandamus petition and record, the response, and the reply, this court concludes relator is not entitled to the relief sought. Therefore, relator's petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8.

PER CURIAM

---

[1]This proceeding arises out of Cause No. 22-09-41428-MCV, styled *AEP Texas Inc. v. WS Land and Cattle, LLC*, pending in the 293rd Judicial District Court, Maverick County, Texas, the Honorable Maribel Flores presiding.